

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2017

No. 04-17-00516-CV

**IN RE** Robert B. **CAIRNS**

Original Mandamus Proceeding[1]

## CORRECTED ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

       The Panel has considered the Motion for Rehearing filed by relator, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-11471, styled *In the Interest of A.N.C. and H.C.C.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.